```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  COLIN M. SCOTT
    Certified Law Clerk
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2805
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  Case No. 2:10-mj-00331 KJN
                                 )
13                 Plaintiff,    )  STIPULATION TO CONTINUE STATUS
                                 )  CONFERENCE AND ORDER
14       v.                      )
                                 )  DATE:  December 15, 2010
15  MICHAEL WEESNER,             )  TIME:  11:00 a.m.
                                 )  JUDGE: Hon. Kendall J. Newman
16                 Defendant.    )
                                 )
17  _____ )
```

18    It is hereby stipulated and agreed upon between the United
19 States Government and defendant, MICHAEL WEESNER, by and through
20 their undersigned counsel, that the status conference hearing be
21 rescheduled from December 15, 2010, to December 29, 2010, at 2:00
22 p.m.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1  The reason for the continuance is due to the unavailability of
2  defense counsel.

3  DATED: December 15, 2010        BENJAMIN B. WAGNER
                                   United States Attorney
4

5                                  By:/s/ Matthew C. Stegman
                                   MATTHEW C. STEGMAN
6                                  Assistant U.S. Attorney

7  DATED: December 15, 2010        BENJAMIN B. WAGNER
                                   United States Attorney
8

9                                  By:/s/ Victoria Bossi
                                   VICTORIA BOSSI
10                                 Attorney for Defendant

11                                **ORDER**

12     The status conference set for December 15, 2010 at 11:00 AM is
13  VACATED and RESET for December 29, 2010, at 2:00 p.m.

14     IT IS SO ORDERED.

DATED: December 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2